1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   _____

9   MICHAEL HOWARD HUNTER,

10          Plaintiff,                          No. C90-0616C

11   v.

                                               ORDER
12   KENNETH ALDRIDGE, *et al.*,

13          Defendants.
    _____ )

14

15          This matter comes before the Court under Local General Rule 8(c).  Plaintiff has

16   filed a "Motion to Vacate, for Leave to Amend and to Treat this Action as a Petition for Writ of

17   Habeas Corpus and for Recusal of John C. Coughenour and Appoint Counsel."  Dkt. 9.  The

18   Honorable John C. Coughenour, United States District Judge, declined to recuse himself

19   voluntarily and that portion of plaintiff's motion was referred to the Chief Judge for review.

20   Dkt. # 13.  Plaintiff's motion is therefore ripe for review by this Court.

21          Section 455 of title 28 of the United States Code governs the disqualification of a

22   district judge.  It states in relevant part:  **"**Any justice, judge, or magistrate judge of the United

23   States shall disqualify himself in any proceeding in which his impartiality might reasonably be

24   questioned."  Additionally, 28 U.S.C. § 144, pertaining to judicial bias or prejudice, provides:

25          Whenever a party to any proceeding in a district court makes and files a timely and
            sufficient affidavit that the judge before whom the matter is pending has a personal
26          bias or prejudice either against him or in favor of any adverse party, such judge

ORDER

1
2

shall proceed no further therein, but another judge shall be assigned to hear such proceeding. The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists.

3
4
5
6
7
8
9

A judge must recuse himself if a reasonable person would believe that he is unable to be impartial.  Yagman v. Republic Insurance, 987 F.2d 622, 626 (9th Cir. 1993).  This is an objective inquiry regarding whether there is an appearance of bias, not whether there is bias in fact.  Preston v. United States, 923 F.2d 731, 734 (9th Cir. 1992); United States v. Conforte, 624 F.2d 869, 881 (9th Cir. 1980); See also In Liteky v. United States, 510 U.S. 540 (1994) (explaining the narrow bases for recusal).

10
11
12
13
14
15
16
17
18
19
20
21
22

A litigant may not, however, use the recusal process to remove a judge based on adverse rulings in the pending case:  the alleged bias must result from an extrajudicial source.  United States v. Studley, 783 F.2d 934, 939 (9th Cir. 1986).[1]  Plaintiff argues that certain orders issued by Judge Coughenour, including an alleged "ex parte special order" transferring plaintiff from the City of Kent jail and the bar order issued on May 25, 1990, show that he has a bias against plaintiff and/or plaintiff's freedom of speech.  Plaintiff does not identify any extrajudicial source of the alleged prejudice: the only evidence of bias presented is the judge's earlier decisions.  In such circumstances, the risk that the litigant is using the recusal motions for strategic purposes is considerable.  See Ex Parte American Steel Barrel Co. and Seaman, 230 U.S. 35, 44 (1913).  Because a judge's conduct in the context of judicial proceedings does not constitute the requisite bias under 28 U.S.C. § 144 or § 455 if it is prompted solely by information that the judge received in the context of the performance of his duties as the presiding judicial officer, plaintiff has not met his burden of showing an appearance of bias.

23
24
25
26

[1]  Objections to a judge's decisions are properly raised through an appeal, not a motion to recuse.

ORDER                                     -2-

1    Having reviewed plaintiff's motion and the remainder of the record, the Court

2    finds that Judge Coughenour's impartiality cannot reasonably be questioned.  There being no

3    evidence of bias or prejudice, plaintiff's request to remove Judge Coughenour from this matter is

4    DENIED.

5

6    DATED this 25th day of October, 2005.

7

8                                            *MIT S Lasnik*

9                                            Robert S. Lasnik
                                             Chief Judge, United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER                                        -3-